IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEMUEL R. HALL                                                                                              PLAINTIFF

VS.                                       Civil No. 4:12-cv-4145

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF ARKANSAS;
ASSISTANT UNITED STATES ATTORNEY;
VETERAN'S ADMINISTRATION; and
SOCIAL SECURITY ADMINISTRATION                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 25, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). After conducting pre-service screening of the Complaint pursuant to 28 U.S.C. § 636(b), Judge Bryant recommends that the above-styled case be dismissed with prejudice. Judge Bryant also recommends that no further *in forma pauperis* filings from Plaintiff be accepted by the Clerk until Plaintiff has received permission from the Court to submit the filings.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk should not file any future *in forma pauperis* pleadings until the Court has had the opportunity to review the documents and determine whether they should be filed.

**IT IS SO ORDERED**, this 13th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge